# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RYAN THOMAS** | : | **DOCKET NO. 09-CV-395** |
| **VS.** | : | **JUDGE MINALDI** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, COMMERCE & INDUSTRY INSURANCE COMPANY, LAMB FUELS, INC., AND WILLIAM TOARMINA** | : | **MAGISTRATE JUDGE KAY** |
| | **AND** | |
| **CODY MOREAUX AND JUSTIN TAYLOR** | : | **DOCKET NO. 09-CV-396** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, COMMERCE & INDUSTRY INSURANCE COMPANY, LAMB FUELS, INC., WILLIAM TOARMINA, AND RYAN THOMAS** | : | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

On April 22, 2009, this Court signed a proposed order titled "Joint Motion to Remand" in the above-captioned cases.[1] [doc. 14]. The plaintiffs in 09-395 and 09-396 filed this motion jointly as if the cases had already been consolidated, which they have not. Moreover, the defendants

---

[1] This Order appears as [doc. 14] in 09-395 and [doc. 15] in 09-396.

oppose the motion to remand, and the motion is therefore not "joint."

Because the previous order was granted in error, as the cases have neither been consolidated, nor is this a "joint" motion,

IT IS ORDERED that [doc. 14] in 09-395 and [doc. 15] in 09-396 are hereby RESCINDED.

Lake Charles, Louisiana, this  24  day of  April , 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE