**RECEIVED**
IN LAKE CHARLES, LA

JUN 2 3 2009
Pam
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CODY MOREAUX AND JUSTIN TAYLOR | : | DOCKET NO. 09-CV-396 |
| VS. | : | JUDGE MINALDI |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, COMMERCE & INDUSTRY INSURANCE COMPANY, LAMB FUELS, INC., WILLIAM TOARMINA, AND RYAN THOMAS | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

Before the Court is a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) & (3) for lack of personal jurisdiction and improper venue, filed by defendants Commerce & Industry Insurance Company, Lamb Fuels, Inc., and William Toarmina (hereinafter collectively "the defendants") [doc. 3]. For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that the defendants' motion to dismiss, [doc. 3], is hereby GRANTED in part and DENIED in part. IT IS FURTHER ORDERED that the motion to dismiss Mr. Toarmina and Lamb Fuels pursuant to Fed. R. Civ. P. 12(b)(2) is hereby GRANTED, and these parties are hereby DISMISSED. IT IS FURTHER ORDERED that the motion to dismiss Commerce pursuant to La. Rev. Stat. Ann. § 22:1269(B) is hereby DENIED.

Lake Charles, Louisiana, this __23__ day of __June__, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE