RECEIVED
IN LAKE CHARLES, LA
JUL 23 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CODY MOREAUX, ET AL. | : | CIVIL ACTION NO. 2:09-cv-396 |
| VS. | : | JUDGE MINALDI |
| RYAN THOMAS, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's claims against Ryan Thomas are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m) and Western District of Louisiana Local Rule 41.3W.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE